1
BENJAMIN B. WAGNER
United States Attorney
2
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
3
Social Security Administration
JEFFREY CHEN, SBN 260516
4
Special Assistant United States Attorney
5
     160 Spear Street, Suite 800
     San Francisco, California 94105
6
     Telephone: (415) 977-8939
     Facsimile: (415) 744-0134
7
     E-Mail: Jeffrey.Chen@ssa.gov
8
Attorneys for Defendant
9

10
**UNITED STATES DISTRICT COURT**

11
**EASTERN DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| LETICIA GARCIA, | Case No.: 13-CV-01075-AC |
|       Plaintiff, | MOTION FOR A STAY OF PROCEEDINGS IN LIGHT OF LAPSE OF APPROPRIATIONS |
|       vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
|       Defendant. | |

13
14
15
16
17
18

19
     The Acting Commissioner of Social Security hereby moves for a stay of proceedings in

20
the above-captioned case until Congress has restored appropriations.

21
     1.     At the end of the day on September 30, 2013, the Appropriations Act that had
22

23
been funding the Department of Justice expired and appropriations to the Department lapsed.

24
The same is true for most Executive agencies, including the Social Security Administration.  The

25
Department does not know when funding will be restored by Congress.

26
     2.     Absent an appropriation, Department of Justice attorneys and employees of the
27

28
Social Security Administration are prohibited from working, even on a voluntary basis, except in

very limited circumstances, including "emergencies involving the safety of human life or the

protection of property."  31 U.S.C. § 1342.

        3.        Undersigned counsel therefore requests a stay of proceedings until Congress has

restored appropriations to both the Department of Justice and the Social Security Administration.

        4.        If this motion for a stay is granted, the Government requests that, when Congress

has appropriated funds for the Department of Justice and the Social Security Administration, all

current deadlines for the parties be extended commensurate with the duration of the lapse in

appropriations.

        5.        Opposing counsel has authorized the undersigned counsel to state that there is no

objection to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other

litigants, the Acting Commissioner of Social Security hereby moves for a stay of proceedings in

this case until Department of Justice and Social Security Administration attorneys are permitted

to resume their usual civil litigation functions.

                                      Respectfully submitted,

Dated:  October 1, 2013             BENJAMIN B. WAGNER
                                  United States Attorney
                                  DONNA L. CALVERT
                                  Acting Regional Chief Counsel, Region IX
                                  Social Security Administration

                By:     /s/ *Jeffrey Chen                    ]*
                           JEFFREY CHEN
                           Special Assistant U.S. Attorney

                         Attorneys for Defendant

1                                <u>ORDER</u>

2

3   APPROVED AND SO ORDERED:

4

5   Dated:  October 1, 2013

6                              ALLISON CLAIRE
                                   UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11  /mb;garc1075.stay

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Motion for a Stay of Proceedings; 13-CV-01075-AC      3