BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    333 Market St., Suite 1500
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LETICIA GARCIA, | No. 2:13-cv-01075-AC |
| Plaintiff, | **STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HER MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her motion for summary judgment.  Defendant respectfully requests this extension of time because of a very heavy workload despite due diligence in managing his calendar, and because of a preplanned vacation of two weeks for the holidays.

Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's motion for summary judgment will be Wednesday, January 22, 2014.

Respectfully submitted,

Date: *December 23, 2013*     LAW OFFICES OF JOHN V. JOHNSON

By:   */s/ John Vincent Johnson\**
JOHN VINCENT JOHNSON
*\* By email authorization on Dec. 19, 2013*
Attorney for Plaintiff

Date: *December 23, 2013*     BENJAMIN B. WAGNER
United States Attorney

By:   */s/ Jeffrey Chen*
JEFFREY CHEN
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

DATED: January 2, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE