BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    333 Market St., Suite 1500
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LETICIA GARCIA, | No. 2:13-cv-01075-AC |
| Plaintiff, | **STIPULATION AND ORDER FOR A SECOND EXTENSION OF TIME FOR DEFENDANT TO FILE HER MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 30 days to file her motion for summary judgment.  Defendant respectfully requests this additional time because of a very heavy caseload in the month of January that prevents the timely completion of this motion despite the undersigned's best efforts at managing his workload.  Defendant has ten matters on the merits due in January and respectfully requests this extension in good faith.

Stip. to Extend Def.'s MSJ

1

1 | The new due date for Defendant's motion for summary judgment will be Friday,
2 | February 24, 2014.
3
4 | Respectfully submitted,
5 | Date: *January 22, 2014*    LAW OFFICES OF JOHN V. JOHNSON
6 | By:   */s/ John Vincent Johnson*
7 |       JOHN VINCENT JOHNSON
      *\* By email authorization on Jan. 22, 2014*
8 |       Attorney for Plaintiff
9 | Date: *January 22, 2014*    BENJAMIN B. WAGNER
10 |      United States Attorney
11 | By:  */s/ Jeffrey Chen*
      JEFFREY CHEN
12 |  Special Assistant United States Attorney
      Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED:

DATED: January 27, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ

2