BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    333 Market St., Suite 1500
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LETICIA GARCIA, | ) No. 2:13-cv-01075-AC |
| | ) |
|    Plaintiff, | ) **STIPULATION AND ORDER FOR A** |
| | ) **THIRD EXTENSION OF TIME FOR** |
|    v. | ) **DEFENDANT TO FILE HER MOTION** |
| | ) **FOR SUMMARY JUDGMENT** |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
|    Defendant. | ) |
| | ) |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a third extension of time of 30 days to file her motion for summary judgment.  Defendant respectfully requests this additional time because of a recent illness and a very heavy caseload that prevents the timely completion of this motion despite the undersigned's best efforts at managing his workload.  Defendant has eight matters on the merits due in February and an upcoming Ninth Circuit Court of Appeals responsive brief and respectfully requests this extension in good faith.

Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's motion for summary judgment will be Wednesday, March 26, 2014.

                                            Respectfully submitted,

Date: *February 25, 2014*          LAW OFFICES OF JOHN V. JOHNSON

                                  By:   */s/ John Vincent Johnson\**
                                          JOHN VINCENT JOHNSON
                                          *\* By email authorization on Feb. 25, 2014*
                                          Attorney for Plaintiff

Date: *February 25, 2014*          BENJAMIN B. WAGNER
                                          United States Attorney

                                  By:   */s/ Jeffrey Chen*
                                          JEFFREY CHEN
                                          Special Assistant United States Attorney
                                          Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.  <u>As this is defendant's third request for an extension of time to file a motion for summary judgment, no further extensions shall be allowed.</u>

DATED: February 26, 2014

                                          ALLISON CLAIRE
                                          UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ